■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN STAN, Appellant. [598 NYS2d 942] —Judgment, Supreme Court, New York County (George Roberts, J.) rendered November 14, 1991, convicting defendant, upon his guilty plea of robbery in the first degree, and sentencing him to a term of 5 to 10 years, unanimously affirmed.

By failing to move to withdraw his plea, at any time, defendant has failed to preserve his present claims for appeal *(People v Lopez,* 71 NY2d 662, *affg* 127 AD2d 234, 236). Were we to review in the interest of justice we would find it to be

voluntary and knowing. Concur—Sullivan, J. P., Milonas, Ross, Kassal and Nardelli, JJ.